UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KIRK A. DEROKEY                                                         CIVIL ACTION NO. 18-4942

VERSUS

HAZA FOODS OF LOUISIANA,                          SECTION: "I(1)"
LLC AND TRAVELERS
INSURANCE COMPANY

# STATUS REPORT OF PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Plaintiff Kirk A. Derokey, who submits the following status report in accordance with the directive of this Honorable Court [Rec. Doc. 15]:

**(1) Parties and Counsel who Represent the Parties:**

**Plaintiff Kirk A. Derokey**
*Represented by:*

    **Deborah A. Villio, T.A. (#19352)**
    **Michael L. Fantaci (#25043)**
    **Leblanc Fantaci Villio, LLC**
    3421 N. Causeway Blvd., Ste. 201
    Metairie, La 70002
    Tel.: (504) 828-1010
    Fax: (504) 828-1079
    dvillio@lfvlaw.us
    mfantaci@lfvlaw.us

    AND

    **Philip J. Boudousque' (#3288)**
    **The Law Offices of Philip J. Boudousque', APLC**
    3621 Ridgelake Drive, Suite 207A
    Metairie, Louisiana 70002
    Tel.: (504) 832-0006
    pjbaplc@gmail.com

**Defendants HAZA Foods of Louisiana, LLC and Travelers Property Casualty Company of America**
*Represented by:*

>  **Dean M. Arruebarrena (#24283)**
>  **Donald E. McKay, Jr. (#14207)**
>  **Zachary D. Howser (#36203)**
>  **Leake and Andersson, L.L.P.**
>  1100 Poydras Street, Suite 1700
>  New Orleans, Louisiana 70163
>  Tel.: (504) 585-7500
>  Fax: (504) 585-7775
>  darruebarrena@leakeanderson.com
>  dmckay@leakeanderson.com
>  zhowser@leakeanderson.com

**(2) Pending Motions:** No motions are pending at this time.

**(3) Upcoming Events in Case:**

| | |
|---|---|
| July 25, 2018, at 9:15 a.m. | Status Conference |
| December 18, 2018, at 9:00 a.m. | Final Pretrial Conference |
| January 14, 2019, at 8:30 a.m. | Date of trial with jury, expected to last three (3) days |

**(4) Brief Description of Factual and Legal Issues:**

Plaintiff Kirk A. Derokey was a customer of Wendy's restaurant, owned by HAZA Foods of Louisiana, LLC ("HAZA Foods"), when he slipped and fell on water on the bathroom floor caused by leaking plumbing. Plaintiff was injured as a result of the fall and brought this suit to collect special damages for past and future medical expenses, as well as general damages. At the time of the slip and fall, HAZA Foods ("HAZA") was insured by Defendant Travelers Property Casualty Company of America.

The legal issues involve whether HAZA knew the dangerous condition existed and negligently failed to correct it and whether it was foreseeable that its negligence would create the danger at issue.

The facts will show that HAZA had knowledge of the condition of the men's restroom floors for some time and knew a fall was reasonably foreseeable. However, rather than correcting the problem and/or shutting down the bathroom and/or warning patrons of the danger before they entered the bathroom, HAZA placed a small caution cone inside the bathroom which could only be observed after the fall.

Plaintiff will prove that his damages were caused by the slip and fall at Wendy's. His injuries include, but are not limited to, a right shoulder rotator cuff tear for which he underwent surgery; right shoulder biceps tendinopathy; a groin injury; right knee injury; right wrist injury for which he required injections. Plaintiff's medical expenses to date are approximately $50,000.00. Plaintiff seeks past and future medical treatment expenses in addition to general damages.

**(5) Discovery:**

Plaintiff has responded to Defendant's written discovery. Plaintiff propounded Interrogatories and Requests for Production of Documents to Defendants on June 25, 2018. The requests are not yet due and have not yet been received from Defendants.

The parties are attempting to coordinate dates for Plaintiff's deposition.

Plaintiff anticipates requesting additional discovery, including depositions of fact witnesses, employees of HAZA Foods, and a corporate representative of HAZA Foods. However, Plaintiff cannot accurately determine the scope of necessary discovery until he receives responses to his outstanding written discovery.

**(6) Status of Settlement Negotiations:**

Plaintiff sent a settlement offer letter on February 16, 2018. Defendants have not responded to this settlement offer, and the offer expired on March 5, 2018.

Respectfully submitted, this 17th day of July, 2018.

        /S/ Deborah A. Villio_____
        DEBORAH A. VILLIO, T.A. (#19352)
        MICHAEL L. FANTACI (#25043)
        LEBLANC FANTACI VILLIO, LLC
        3421 N. Causeway Blvd., Ste. 201
        Metairie, LA 70002
        Tel.: (504) 828-1010
        Fax: (504) 828-1079
        dvillio@lfvlaw.us
        mfantaci@lfvlaw.us

        AND

        THE LAW OFFICES OF
        PHILIP J. BOUDOUSQUE', APLC

        /s/ Philip J. Boudousque'_____
        PHILIP J. BOUDOUSQUE' (#3288)
        3621 Ridgelake Drive, Suite 207A
        Metairie, Louisiana  70002
        (504) 832-0006
        pjbaplc@gmail.com

        COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

        \_/S/ Deborah A. Villio_____