UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIRK A. DEROKEY** | **CIVIL ACTION NO.: 2:18-cv-04942** |
| **VERSUS** | **JUDGE: LANCE M. AFRICK** |
| **HAZA FOODS OF LOUISIANA, LLC AND TRAVELERS INS. CO.** | **MAG.: JANIS van MEERVELD** |

-----------------------------------------------------------------------

## WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come defendants, HAZA Foods of Louisiana, LLC ("HAZA Foods") and Travelers Property Casualty Company of America ("Travelers"), who file the following list of witnesses or may or will be called to testify at trial by defendants and exhibits which may or will be used at trial by defendants:

## WITNESS LIST

a. Haza Foods' employees working at or around the time of plaintiff's incident, namely Rochelle Haywood, Jasmine Moore, Brandon Whitley, Maiya Dionne Mitchell, Morgan Johnson, Santenna Ravy, Willie Forbes, Roxanne Myre, George Spencer, Tammy Jones, Loritha Houston, Trine Marrero, Elisa Singleton, Ron Bethley, Michael Davis, Samantha McGee, Monica Mansion, Alexis Dalton and Charlene Lagrue;

b. Patty Paulin;

c. Corporate representatives of Haza Foods;

d. Dr. Lance Estrada;

    e.    Any healthcare providers who evaluated and/or treated plaintiff before or after the incident at issue, including but not limited to Dr. William Sherman, Dr. Thomas Lyons, MHM Urgent Care, Hand Center of Louisiana/Dr. Carol Meyer, East Jefferson Ambulatory Surgery Center, Dr. Lawrence Levy, Dr. Kim Hardy, Dr. John Steen, Dr. Gregor Hoffman/Southern Orthopedic Specialists and Dr. Lewis Siegel;

    f.    Any witness identified on the Witness List of plaintiff;

    g.    Any witness sought to be called by plaintiff at the time of trial;

    h.    Any witness discovered in future discovery and/or investigation;

    i.    Any witness needed for impeachment or rebuttal purposes; and

    j.    Any witness needed to authenticate documents and/or evidence.

## **EXHIBITS**

    a.    The Incident Report;

    b.    Medical records from any healthcare provider who evaluated and/or treated plaintiff at any time before or after the incident at issue, including but not limited to Dr. William Sherman, Dr. Thomas Lyons, MHM Urgent Care, Hand Center of Louisiana/Dr. Carol Meyer, East Jefferson Ambulatory Surgery Center, Dr. Lawrence Levy, Dr. Kim Hardy, Dr. John Steen, Dr. Gregor Hoffman/Southern Orthopedic Specialists and Dr. Lewis Siegel;

    c.    The report of Dr. Lance Estrada and any related documents;

    d.    Maintenance and repair reports for the store at issue;

    e.    Any of the procedures, safety and cleaning manuals and other compilations produced by Haza Foods in this litigation, including but not limited to the Operations Standards Manual, Total Restaurant Cleaning Manager's Guide, Crew Member Handbook, Management Handbook, Total Store Cleaning and Sanitation System Procedure Manual, We Learn slides/presentation and Visual Training Aids;

    f.    Any pleadings or documents produced by any party in discovery, including but not limited to photographs of the scene of the incident;

    g.    The Traveler's insurance policy;

    h.    Records from plaintiff's prior accidents and worker's compensation/personal injury claims, including but not limited to pleadings and medical records;

    i.    Transcripts of any deposition taken in this matter;

    j.    Any documentation or other evidence uncovered in future discovery and/or investigation;

    k.    Any pleadings filed in this litigation by any party;

    l.    Any documents or other evidence listed in the Exhibit List of plaintiff or sought to be introduced by plaintiff at the time of trial;

    m.    Any documents and/or evidence needed for impeachment or rebuttal purposes.

Defendants reserve their rights to supplement and/or amend the foregoing list of witnesses and exhibits as additional information becomes available through discovery or ongoing investigation.

Respectfully submitted,

 /s/Dean M. Arruebarrena
**DEAN M. ARRUEBARRENA (#24283)**
**DONALD E. McKAY, JR. (#14207)**
**ZACHARY D. HOWSER (#36203)**
**LEAKE & ANDERSSON LLP**
1100 Poydras Street, Suite 1700
New Orleans, Louisiana  70163
Telephone:  (504) 585-7500
Facsimile:  (504) 585-7775
E-mail:*darruebarrena@leakeandersson.com*
 *dmckay@leakeandersson.com*
 *zhowser@leakeandersson.com*

*Counsel for Defendants,*
*HAZA Foods of Louisiana, LLC and*
*Travelers Property Casualty Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered via electronically to all counsel of record through the CM/ECF system on October 19, 2018.

  /sDean M. Arruebarrena