Notes from file E3D2309 – Kirk Derokey 4/11/2017

**4/19/2017** need to see if we have video or pictures. Not sure what injuries. Customer said he never saw a wet floor sign.

**4-21-17 adjuster note**

(504)259-5475 Kirk Derokey I called and spoke with the claimant. He stated that it was not a good to discuss the incident. He said he would call the adjuster back.

**5-18-17**
I informed Kim that the leak in the bathroom sink was fixed about 3 days after the customer fell. The Wendy's manager said that this person fell over the wet floor sign but Kirk the customer said it was inside the restroom.

**7-31-17**
We are told that the customer fell over the wet floor sign but we have nothing to prove this. Adjuster will reach out to the atty.

Pauli____ EXHIBIT 2
FOR I.D. 10/26/18

## Davis,Cynthia A

**From:** Patty Paulin <ppaulin@gulshaninc.com>
**Sent:** Thursday, May 18, 2017 9:39 AM
**To:** 'Charlene Lagrue'
**Cc:** Sheppard,Terri L
**Subject:** FW: 231 claim E3D2309

Hi Charlene,

Can you help me out with location W8962. The customer slipped and fell in the restroom and I need to know everything about the leak- see below. I will look into the lease agreement.

Thank you,

Patty Paulin
Claims Coordinator

*Paulin* EXHIBIT 4
FOR I.D. 10/26/18