UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KIRK A. DEROKEY | CIVIL ACTION NO.: 2:18-cv-04942 |
| VERSUS | JUDGE: LANCE M. AFRICK |
| HAZA FOODS OF LOUISIANA, LLC AND TRAVELERS INS. CO. | MAG. JUDGE: JANIS van MEERVELD |

## SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

NOW INTO COURT, through undersigned counsel, come defendants, HAZA Foods of Louisiana, LLC ("HAZA Foods") and Travelers Property Casualty Company of America ("Travelers"), who supplements its responses to the First Set of Interrogatories propounded by Kirk A. Derokey ("Plaintiff"), as follows:

## SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 1:

The last known address and telephone number of each previously identified employee is as follows:

- Rochelle Haywood- 1340 Teche St. NO, La 70114 (504-930-1409)

- Jasmine Moore- 1808 Mardi Gras Blvd. Gretna, La 70118 (504-344-0981)

- Brandon Whitley- 6501 6th St. Marrero, La 70072 (504-357-6302)

- Maiya Mitchelle- 1205 Weyer St. Gretna, La 70053 (504-564-4390)

- Morgan Johnson- 429 Ocean Ave. Gretna, La 70053  (504-329-6931)
- Santeena Ravy- 1619 Pace Blvd. Algiers, La 70112  (504-606-9105)
- Willie Forbes- 301 Richard St. Gretna, LA 70053  (504-214-9497)
- Roxanne Myre- 1212 Weyer Gretna, La 70053  (504-500-2120)
- George Spencer- 5524 Patioway St. New Orleans, La 70129  (504-578-3513)
- Tammy Jones- 328 Federal Dr. Avondale, La 70094  (504-275-8182)
- Loritha Houston- 1600 Pailet Harvey, La 70058  (504-339-2215)
- Trine Marrero- 930 Porter St. Gretna, La 70053  (504-295-9181)
- Elisa Singleton- 2321 Alex Kornman Blvd. Harvey, La 70058  (504-470-7088)
- Ron Bethley- 7019 Crowder Blvd New Orleans, La 70127  (504-205-7749)
- Michael Davis- 1560 Kings Rd. Apt A Harvey, La. 70058  (504-503-8321)
- Samantha Magee- 1054 Eli Court Gretna, La 70056  (504-930-5122)
- Monica Mansion- 1132 Garden Road Marrero, La 70072  (504-509-8251)

## SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 3:

HAZA Foods is unaware of any other slip-and-fall incidents at this location since it began conducting operations at this location on September 13, 2016.

## SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 5:

Patty Paulin (currently employed by Gulshan, Inc. as a claims coordinator for HAZA Foods).

## SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 11:

See attached recording of the relevant slides from the We Learn Training Course.

## SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 15:

None to date.

## SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 22:

Unknown as HAZA Foods had no involvement in the selection or installation of the flooring at issue because HAZA Foods took over operations at this location on September 13, 2016.

Respectfully submitted,

*Dean M. Arruebarrena*
**DEAN M. ARRUEBARRENA (#24283)**
**DONALD E. McKAY, JR. (#14207)**
**ZACHARY D. HOWSER (#36203)**
**LEAKE & ANDERSSON LLP**
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163
Telephone: (504) 585-7500
Facsimile: (504) 585-7775
E-mail: darruebarrena@leakeandersson.com
dmckay@leakeandersson.com
zhowser@leakeandersson.com
*Counsel for Defendants,*
*HAZA Foods of Louisiana, LLC*
*And Travelers Property Casualty*
*Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, by depositing a copy of same in the United States mail, first class postage prepaid at their last known address of record, or by electronic mail, or by ECF Notice, or by facsimile transmission or by hand delivery today, **September 11, 2018.**

*Dean M. Arruebarrena*