CHARLENE LAGRUE                                    October 29, 2018

                                                                                                 1

              UNITED STATES DISTRICT COURT

              EASTER DISTRICT OF LOUISIANA

KIRK A. DEROKEY                       * CIVIL ACTION

                                     * NO. 18-4942

VERSUS                                *

                                     * SECTION "I-1"

HAZA FOODS OF LOUISIANA,              *

LLC AND TRAVELERS INSURANCE           *

COMPANY                               *

   * * * * * * * * * *

       Deposition of CHARLENE LAGRUE, given at 320 Huey P. Long Avenue, Gretna, Louisiana 70053, on October 29th, 2018.

REPORTED BY:

       JOSEPH A. FAIRBANKS, JR., CCR, RPR

       CERTIFIED COURT REPORTER #75005

JOHNS, PENDLETON, FAIRBANKS AND FREESE          504 219-1993

CHARLENE LAGRUE                                              October 29, 2018

                                                                          2

 1   APPEARANCES:
 2   REPRESENTING KIRK A. DEROKEY:
 3          LEBLANC FANTACI VILLIO, LLC.
 4          (BY:   DEBORAH A. VILLIO, ESQUIRE)
 5          3421 N. Causeway Boulevard, Suite 301
 6          Metairie, Louisiana 70002
 7          504-828-1010
 8
 9   REPRESENTING THE DEFENDANTS:
10          LEAKE & ANDERSSON, L.L.P.
11          (BY:   DEAN M. ARRUEBARRENA, ESQUIRE)
12          1100 Poydras Street, Suite 1700
13          New Orleans, Louisiana 70163-1701
14          504-585-7500
15
16
17
18
19
20
21
22
23
24
25

JOHNS, PENDLETON, FAIRBANKS AND FREESE                       504 219-1993

CHARLENE LAGRUE                                    October 29, 2018

                                                                26

```
 1        Q.   Okay.  The incident report?
 2        A.   Yes.
 3        Q.   Who prepared the incident report, to
 4   your knowledge?
 5        A.   The Haza report?
 6        Q.   Well, let's do this:  Let's make it
 7   easy.  We'll go ahead and mark this as
 8   Exhibit 1 and ask you to go ahead and look at
 9   that incident report.  (Tendering.)
10             (Exhibit 1 was marked for
11   identification and is attached hereto.)
12        A.   Uh-huh.
13   EXAMINATION BY MS. VILLIO:
14        Q.   Is that the Haza incident report that
15   you just referred to?
16        A.   Yes.
17        Q.   All right.  And who prepared that
18   report?
19        A.   To my knowledge, I believe I did this
20   report, ma'am.
21        Q.   What makes you believe you did that
22   report?  Do you remember -- let me ask you
23   this:  Do you remember preparing it?
24        A.   I believe I did, reason being because
25   I believe Alexis called me because she needed a
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                504 219-1993

1    Q.   And if it's cleaned up it's not
2    reported anywhere.  Is that correct?
3    A.   Correct.
4    Q.   What if there's a spill or a problem
5    in the bathroom, is that recorded anywhere?
6    A.   No.
7    Q.   Now, did you assist in preparing
8    what's known as a privileged log in relation to
9    the discovery responses?  Insofar as documents
10   that were given to us and not given to us, have
11   you ever seen something called a privileged
12   log?  Did you review that?
13   A.   No.
14   Q.   Okay.  So if the privileged log
15   referred to red flags as it relates to this
16   incident, do you know what that's referring to?
17   A.   No.
18   Q.   Okay.  What about any changes in the
19   repairs to the bathroom since April 11 th,
20   2017?  As district manager, would you have
21   knowledge of any changes or repairs to the
22   bathroom at Store No. 231 since April 11th of
23   2017?
24   A.   Yes.
25   Q.   So that would be information under