## HAZA FOODS, LLC
## INCIDENT REPORT FORM

**STORE INFORMATION**       District: F                        Store: 8962

Street Address   1115 Stumpf Blvd.

City/State/Zip   Gretna, La 70053

Telephone No.   (504)227-2515                Mgr. In Charge:  Alexis Dalton/Samantha MaGee

**EMPLOYEE INCIDENT INFORMATION**         Social Security #: _____

Name: _____

Street Address: _____

City/State/Zip: _____

Date of Birth: _____ Date of Hire: _____ Time Started Work: _____

Telephone No.: _____           Mgr. In Charge: _____

Hourly Wage: _____

Date/Time of Incident: _____   Date Reported to Mgr.: _____

What was the employee doing at the time of the incident? _____

Where and How did the Incident happen? _____

Detailed description of the injury: _____

Witness(es): _____           Phone Number: _____

Witness(es): _____           Phone Number: _____

Treatment Provided? _____

Hospital/Doctor Name: _____     Phone #: _____

Hospital/Doctor Address: _____

Was personal protective clothing worn? _____

Was safety equipment used? _____

**CUSTOMER INCIDENT INFORMATION**

Name:           Kirk Derokey

Street Address: _____

Telephone No.:  (504)259-5475                Mgr. In Charge: _____

Date/Time of Incident:  4/11/2017             Date Reported to Mgr.: 4/11/20171

Where and How did the Incident happen?   Customer claims it was slip in fall/ GM Alexis Dalton claims the customer said he slipped over the wet floor sign.

| | |
|---|---|
| Description of injury or property damage? | Customer claims water was on floor and he slipped hurt his growing, wrist, and back. |

| | | | |
|---|---|---|---|
| Witness(es): | _____ | Phone Number: | _____ |
| Witness(es): | _____ | Phone Number: | _____ |
| Hospital/Doctor/Attorney Name: | _____ | Phone Number: | _____ |
| Product Involved | _____ | Distributor: | _____ |
| Foreign Object Obtained for Insurance Company? | _____ | Where is object? | _____ |
| Refund given?   ☐YES  ☐NO | | | |
| Pictures Taken?  ☐YES  ☐NO | | Coupons Given? | _____ |

**PROPERTY DAMAGE INFORMATION (For Haza Property Only)**

| | | | |
|---|---|---|---|
| Date/Time of Incident: | _____ | Date Reported to Mgr.: | _____ |
| Where and How did the Incident happen? | | | |

Description of property damage?  _____

Name of 3rd Party Causing Damage  _____

| | | | |
|---|---|---|---|
| Street Address: | _____ | | |
| Telephone No.: | _____ | Mgr. In Charge: | _____ |
| Driver's License #: | _____ | Car (Make/Model): | _____ |
| Insurance Name/Phone #: | _____ | Policy #: | _____ |
| Police/Fire Dept Report #: | _____ | | |
| Estimated $ Amount: | _____ | Pictures Taken?  ☐YES  ☐NO | |
| Employer Name/No: | _____ | | |
| Witness(es): | _____ | Phone Number: | _____ |
| Witness(es): | _____ | Phone Number: | _____ |

**CRIME INCIDENT INFORMATION**

| | | | |
|---|---|---|---|
| Date/Time of Incident: | _____ | Date Reported to Mgr.: | _____ |
| Where and How did the Incident happen? | | | |

| | | | |
|---|---|---|---|
| Weapon Description: | _____ | | |
| Video Tape Secured? | _____ | | |
| Witness(es): | _____ | Phone Number: | _____ |
| Witness(es): | _____ | Phone Number: | _____ |
| Suspect Description: | _____ | | |
| Police Officer Name: | _____ | Phone Number: | _____ |